UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

    Plaintiffs,

    v.

DONNA SAINT DENIS,

    Defendant.

Hon. : Wendell A. Miles
Case : 1:07-cv-00327-WAM

_____ /

JASON R. GOURLEY (P69065)
MATTHEW E. KRICHBAUM (P52491)
SOBLE ROWE KRICHBAUM, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 996 5600

_____ /

## **DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Nine Thousand Seven Hundred Fifty Dollars ($9,750.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Eighty Dollars ($480.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Gravity Of Love," on album "The Screen Behind The Mirror," by artist "Enigma" (SR# 277-091);
- "A Day Without Rain," on album "A Day Without Rain," by artist "Enya" (SR# 290-690);
- "Forgiven," on album "Jagged Little Pill," by artist "Alanis Morissette" (SR# 213-545);
- "Anything But Down," on album "The Globe Sessions," by artist "Sheryl Crow" (SR# 279-383);
- "Hero," on album "The Verve Pipe," by artist "The Verve Pipe" (SR# 267-658);
- "Stuck In A Moment You Can't Get Out Of," on album "All That You Can't Leave Behind," by artist "U2" (SR# 294-631);
- "A Place For My Head," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Someone Saved My Life Tonight," on album "Captain Fantastic," by artist "Elton John" (SR# N26203);
- "U Don't Have to Call," on album "8701," by artist "Usher" (SR# 307-207);

- "Are You Gonna Go My Way," on album " Are You Gonna Go My Way," by artist "Lenny Kravitz" (SR# 149-143);
- "My Way," on album "My Way," by artist "Usher" (SR#257-730 );
- "Send Her My Love," on album "Frontiers," by artist "Journey" (SR# 43-223);
- "Criminal," on album "Tidal," by artist "Fiona Apple" (SR# 227-923);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: June 1, 2007

By: /s/ Wendell A. Miles
Hon. Wendell A. Miles
United States District Judge